# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

148963 & (68)(69)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 148963
COA: 311605
Wayne CC: 11-009744-FC

SEDRICK LEMAN-ISSAC MITCHELL,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 6, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to appoint counsel and the motion to disclose informant are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014



Clerk

t1117